

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-59,535-05

### EX PARTE REGINALD TYRONE HOLLINS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1342022-A IN THE 177th DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated robbery with a deadly weapon and sentenced to imprisonment for life.

On March 5, 2015, an order designating issues was signed by the trial court. This order designated the issues of ineffective assistance of trial counsel and ineffective assistance of appellate counsel for resolution. The habeas record has been forwarded to this Court prematurely[1]. We

---

[1] This application was properly forwarded by the district clerk in response to our mandamus abatement order. The forwarding of the application is only premature as it pertains to

remand this application to the 177th District Court of Harris County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: July 25, 2018

Do not publish.

---

the designated issues not having been resolved by the trial court.